FILED
2021 Apr-30  AM 09:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MELISSA FENDLEY,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 2:21-cv-00451-GMB |
| **TOP HAT BARBECUE, INC.,** | ) |
| **Defendant.** | ) |

## JOINT MOTION TO STAY/EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING

Plaintiff, Melissa Fendley (hereinafter, "Plaintiff"), and Defendant, Top Hat Barbecue (hereinafter, "Defendant"), by and through their undersigned counsel, hereby move the Court to stay these proceedings for a period of 45 days while the parties attempt a good faith effort to amicably resolve this matter without further consuming the parties' and Court's time and resources.  Defendant also requests an extension of 45 days in which to file its Response/Answer to Plaintiff's Complaint. In support of this motion, the parties state as follows:

1. Plaintiff filed this action on March 30, 2021. (Doc. 1).

2. Defendant's Response/Answer is due to be filed on May 5, 2021.

3. Defendant requests an extension of time to file said Response/Answer until June 19, 2021.

4. Counsel for Plaintiff and Defendant are engaging in a good faith effort to resolve this matter.

WHEREFORE, premises considered, Plaintiff and Defendant move the Court to stay these proceedings and permit an Extension of Time for Defendant to file a Response/Answer for a period of 45 days until June 19, 2021.

{BH480538.1}

Respectfully Submitted, this the 30th day of April, 2021.

                                    ***/s/ Mac B. Greaves***
                                    Mac B. Greaves (ASB-6830-A60M)
                                    Jones Walker LLP
                                    420 20th Street North
                                    Suite 1100
                                    Birmingham, Alabama  35203
                                    Telephone: 205-244-5262
                                    Email: mgreaves@joneswalker.com

                                    *Counsel for Defendant*

                                    ***/s/ Edward I. Zwilling (w/permission)***
                                    Edward I. Zwilling (ASB-1564-L54E)
                                    Law Office of Edward I. Zwilling, LLC
                                    4000 Eagle Point Corporate Dr.
                                    Birmingham, Alabama 35242
                                    Telephone: 205-822-2701
                                    Email: edwardzwilling@zwillinglaw.com

                                    *Counsel for Plaintiff*