# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **MELISSA FENDLEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **2:21-cv-00451-GMB** |
| ) | |
| **TOP HAT BARBECUE, INC.,** ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Melissa Fendley, and Defendant, Top Hat Barbeque, Inc., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of a Final Order of Dismissal with Prejudice.

Respectfully submitted this 24th day of August, 2021.

| | |
|---|---|
| */s/Mac B. Greaves* | */s/Edward I. Zwilling (with permission)* |
| Mac B. Greaves (ASB-6830-A60M) | Edward I. Zwilling (ASB-1564-L54E) |
| Jones Walker, LLP | Law Office of Edward I. Zwilling, LLC |
| 420 20th Street North, Suite 1100 | 4000 Eagle Point Corporate Drive |
| Birmingham, AL  35203 | Birmingham, Alabama  35242 |
| Telephone: 205-244-5262 | Telephone: 205-822-2701 |
| Email: mgreaves@joneswalker.com | Email: ezwilling@szalaw.com |
| | |
| *Attorney for Defendant* | *Attorney for Plaintiff* |