FILED
2021 Aug-25 PM 12:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MELISSA FENDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-451 GMB |
| ) | |
| TOP HAT BARBECUE, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER OF DISMISSAL**

The parties have filed a joint stipulation of dismissal that complies with Federal Rule of Civil Procedure 41. Doc. 9.  Accordingly, this matter is DISMISSED with prejudice, each party to bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE and ORDERED on August 25, 2021.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE